Filed in Court
25. Sept^ber 1815

Clairette Allen—
writ of error & return.

TERRITORY OF MICHIGAN, SS    IN THE SUPREME COURT OF THE TERRITORY
OF SEPTEMBER TERM A D ONE THOUSAND EIGHT HUNDRED FIFTEEN

Claret Allen the lawful Wife of William Allen from whom she hath never been devorced, being a Feme Couvert, in her own proper person and by George McDougall her Attorney, comes and says, that in the Record and

520

proceedings, as also in the rendition of the Judgment of a plaint which was in our Court, before James May, one of the Justices assigned to keep the peace within the District of Detroit in the Territory aforesaid, by Capias issued out of the Office of the said James May, as a Justice of the peace aforesaid, dated the eighth day of August A D 1815 (fifteen) and made returnable at no defenite time, between Oliver Williams & C°, (as is said) of a certain action of trespass on the Case, to their damage, Thirty Dollars as is said, which the said Oliver Williams & C° demand of the aforesaid M^rs William Allen, and in the Execution (on which she is now in confinement in the Common Gaol of the said District of Detroit,) issued thereon by the said James May dated Sep. 15 A D 185, THERE IS MANIFEST ERROR, in this to wit, that the Capias and Execution aforesaid, and the matters therein contained, are not sufficient in Law, for the said Oliver Williams & C°, to have and maintain their action aforesaid against the said M^rs Allen:

~~There is also error in this, to wit, that by the Record aforesaid it appears; that the said M^rs Allen was compelled to answer to the said Oliver Williams & C°, in the plea aforesaid, altho' "she plead that she was not bound to pay the Debt" she being a Feme Couvert, and that the said Oliver Williams & C° ought not to have had or maintained their aforesaid action thereof against her, because she said that she the said Claret before, and at the time of the making of the said several promises & undertakings on the back of the said Capias mentioned, was & then was the Wife of one William Allen &c — the said Justice having ruled the said M^rs Allen, to proove her marriage with William Allen and for which purpose he the said Justice did allow her, until the 12 day of August following, to produce her proof, if any she had, at which day it does not appear by the Record aforesaid that any of the parties appeared before said Justice, whereby the said suit abated totally, as was the case of all suits in the Supreme Court before the War, agreeably to the decision of the last Supreme Court, M^r Blackston remarking Vol 3 — 316 "That unless both parties be kept or continued in Court from day to day, "till the final determination of the Suit — the Court can determine nothing "unless in the presence of both the parties, or upon default of one of them — The error being in the said Justices after the said Suit had abated as aforesaid, viz^t on the 15 Sep^r A D 1815 following, rendering Judgment by Default, as he pretends when he was not authorised by Law to have given any Judgment at all in this case and issuing Execution thereon~~

There is also Error in this, to wit, that by the Record aforesaid, it appears, that the said M^rs W^m Allen was compelled to answer the said Oliver Williams & C°, in the plea aforesaid, altho' no PRECIPE, before the parties, in the plea aforesaid, is filed of Record, nor remains of record in the said Court, of the said James May, at the District of Detroit aforesaid, and that the said James May, forgetting his Duty as an impartial Judge & his oath of office,

to execute the same according to Law, and without respect to persons & to do equal right to all manner of people great & small, ignorant & learned, did undertake to act as Attorney for the said Oliver Williams & C° by writing the declaration or cause of Action on the back of said Capias endorsed, thereby disqualifying himself to act impartially on the trial. Therefore in that there is manifest error.

There is also Error in this, that it appears by the Record, aforesaid, that the Judgment aforesaid, in form aforesaid given, was given for the said Oliver Williams & C° against the said M^rs W Allen, whereas by the Law of the Land the said judgment ought to have been given for the said M^rs Allen against the said Oliver Williams & C°, therefore in this there is manifest Error — there is also Error in this, to wit that there is no Warrant of Attorney filed of Record, nor remains of Record in the Court of the said James May, Justice of the peace as aforesaid, between the parties of the plea aforesaid, to warrant the said Oliver Williams to be the Attorney for the said Oliver Williams & C° in the plea aforesaid, ~the~said~partnership~being dissolved~&~if~the~Plaintiff~had~been~ingenuous~enough~he~would~have~prosecuted~as~Surviving~partner~of~said~Firm~the~other~associates~Joseph~Farwell & Amos~Lee~being~long~since~dead — but~this~being~matter~of~fact~is~not plead~at~this~time

There is also Error in this to wit, that there is a material Error between the original Capias and the Execution, the said Claret, being called M^rs W^m Allen in the original Capias and only M^rs Allen in the said Execution therefore therein there is manifest Error

Geo. McDougall<br>
Attorney for Claret Allen<br>
the Wife of William Allen

There is also error in this, that it appears by the Record aforesaid, viz^t in the original Capias & in the Execution aforesaid, a palpable misnomer, the Capias being to take the Body of M^rs William Allen, and in the Execution, she is called M^rs Allen, whereas we aver that the person in custody is Claret Allen the Wife of William Allen, as aforesaid, therefore in this there is also manifest Error

Geo. M^cDougall<br>
Atty for Claret Allen<br>
the Wife of W^m Allen

[In the handwriting of George McDougall]